IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARRYL Z. SMITH, SR. and HARVEY
RUVIN, in his official capacity as CLERK
OF COURTS, MIAMI-DADE
COUNTY, FLORIDA,

        Defendants.
_____

**COMPLAINT FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT**

The United States of America, by undersigned counsel, alleges as follows:

**GENERAL ALLEGATIONS**

1. This action is brought under the direction of the Attorney General upon the request and authorization of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury.

2. The Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

3. Venue lies in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1396.

4. Defendant David Darryl Z. Smith resides in Miami, Florida,

within the jurisdiction of this Court.

    5.    Further, Defendant Smith is within the jurisdiction of the Court because the actions taken by him that give rise to this action occurred within this district.

    6.    Darryl Z. Smith is a tax defier who filed frivolous returns for 2005, 2006, 2007, and 2008. Based on Smith's outstanding tax liabilities, a delegate of the Secretary of the Treasury has made assessments and filed notices of federal tax liens against Smith. Several of Smith's tax liabilities remain outstanding.

    7.    Harvey Ruvin is named as a defendant solely in his official capacity as the Clerk of Courts for Miami-Dade County, Florida, and is within the jurisdiction of this Court.

    8.    Revenue Officer Edgar Ortiz is an employee of the Internal Revenue Service assigned to collect Smith's outstanding liabilities.

## COUNT I

    9.    On the dates listed in the table below, Smith filed UCC financing statements in the Miami-Dade County public records apparently in lieu of paying the tax liabilities he owes and other financial obligations. The documents Smith is known to have filed are summarized in the table below and attached to this complaint as composite Exhibit A.

| Date | Book | Page/s | Acknowledgment Sent to |
|---|---|---|---|
| 8/4/2008 | 26507 | 4364 | Darryl:Smith/Secured Party |

| | | | |
|---|---|---|---|
| 10/22/2008 | 26619 | 2074 | Darryl Smith |
| 10/22/2008 | 26619 | 2075 | Darryl Smith |
| 11/25/2008 | 26664 | 2424-41 | Darryl Smith |
| 5/21/2009 | 26875 | 1888-93 | Internal Revenue Service |
| 5/21/2009 | 26875 | 1894-900 | Miami Dade Tax Collector |
| 1/13/2010 | 27147 | 4184-85 | U.S. Clerk's Office, Edward Ryan |
| 1/13/2010 | 27147 | 4217 | Kemmiu Consulting Seirs Group LLC |
| 1/19/2010 | 27152 | 1635 | Wachovia Bank |
| 2/16/2010 | 27183 | 2479 | Edgar R. Ortiz |
| 3/1/2010 | 27197 | 4001-02 | Department of Treasury |
| 5/18/2010 | 27288 | 4071 | Darryl Zanuck Smith |

10.     Smith has not been authorized by any court of law to file the financing statements attached as composite Exhibit A, and there is no basis in law or fact for Smith to file the financing statements attached as composite Exhibit A.

11.     The financing statement that Smith filed on February 16, 2010 at book 27183, page 2479, in the public records of Miami-Dade County, Florida directs the Clerk of Court to send acknowledgment to Edgar R. Ortiz, Department of Treasury, Internal Revenue Service.

12.     The only contact that Smith has had with Revenue Officer Ortiz is in his capacity as an employee of the Internal Revenue Service.

3

13. By means of the financing statement described in paragraph 11 above, Smith has attempted to encumber real and personal property owned by Revenue Officer Ortiz, presumably in retaliation for the lawful performance of duties by an employee of the Internal Revenue Service.

14. The acts of filing the notices were specifically calculated to interfere with the enforcement of the laws of the United States pertaining to internal revenue and to molest, interrupt, hinder, or impede an officer of the United States in the discharge of his official duties.

WHEREFORE, Plaintiff United States of America prays that the Court:

(i) Declare that the documents attached in composite Exhibit A of the complaint are null, void, and of no effect;

(ii) Declare that any other financing statement, notice, judgment, lien, affidavit, or any other such documents filed by or on behalf of Smith in an unlawful attempt to interfere with the enforcement or adjudication of the laws of the United States pertaining to internal revenue are null, void, and of no effect;

(iii) Permanently enjoin Smith from preparing, publishing, or filing any notice, judgment, lien, or other such document designed to encumber the property of any employee of the United States in the performance of his or her official duties in the enforcement or adjudication of the laws of the United States pertaining to internal revenue;

(iv) Permanently enjoin Smith from acting or attempting to act in any other

manner to molest, interrupt, hinder, or impede any employee of the United States in the performance of his or her official duties in the enforcement or adjudication of the laws of the United States pertaining to internal revenue;

 (v) Direct Smith to fully disclose all actions taken by or on behalf of him to cloud title, hamper the credit, or cause other financial harm to federal employees who are lawfully carrying out their duties with respect to the federal internal revenue laws;

 (vi) Direct defendant Harvey Ruvin, in his official capacity as the Clerk of Courts for Miami-Dade County, Florida to expunge from the public records of the County Records for Miami-Dade County, Florida, or otherwise note their nullity on the public records of that office, the financing statements attached to this complaint as composite Exhibit A; and,

 (vii) Award Plaintiff its costs of this action and any further relief that justice may require.

Respectfully submitted,

JOHN A. DICICCO
Acting Assistant Attorney General


 s/ William E. Farrior
William E. Farrior
S.D. Fla. Bar No. A5501479
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20044
(202) 616-1908
(202) 514-9868 (fax)
william.e.farriorl@usdoj.gov

Of Counsel:

WIFREDO A. FERRER
United States Attorney